THE PEOPLE
v.
PALMER.

  ---

### THE PEOPLE *against* PALMER, one of the Coroners of Allegany County.

Two elizors appointed to execute an attachment, on motion,*ex parte.*

  A RULE for an *attachment* had been taken against the defendant, for not returning an execution. On an affidavit of the procedings, and on motion, *ex parte ;*

  *H. Earll & B. F. Colvin* were, by rule, appointed *Elizors,* to execute the *attachment.*(*a*)

  (*a*) Vid. *Holland* v. *Heron,* Barnes, 465. 4 *East,* 141. Tidd, 85, 262, 672, 720. 1 *R. L.* 151.